UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GWYN R. HARTMAN REVOCABLE LIVING
TRUST U/A/D 11/16/93,

    Plaintiff,

v

SOUTHERN MICHIGAN BANCORP, Inc., a
Michigan corporation, and JOHN H. CASTLE,
an individual,

    Defendants.

Case No. 13-00825

Hon. Janet T. Neff

| | |
|---|---|
| R. Christopher Cataldo (P39353) <br> James W. Rose (P66473) <br> Jaffe Raitt Heuer & Weiss PC <br> Attorneys for Plaintiff <br> 27777 Franklin Rd., Ste. 2500 <br> Southfield, MI 48034 <br> (248) 351-3000 <br> ccataldo@jaffelaw.com | James Moskal (P41885) <br> Madelaine C. Lane (P71294) <br> Kristina M. Araya (P74507) <br> Warner Norcross & Judd LLP <br> Attorneys for Defendants <br> 900 Fifth Third Center <br> 111 Lyon Street, NW <br> Grand Rapids, MI 49503 <br> (616) 752-2000 <br> jmoskal@wnj.com |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This Stipulated Order is entered into by the Plaintiff, Gwyn R. Hartman Revocable Living Trust u/a/d 11/16/93, and the Defendants, Southern Michigan Bancorp, Inc. and John Castle; the parties having reached a resolution of this matter; and the Court being fully advised:

IT IS HEREBY ORDERED that all of the Plaintiff's claims in this case shall be and hereby are DISMISSED WITH PREJUDICE, and the Court does not assess costs or fees for or against any party.

3766676.v1

IT IS SO ORDERED.

/s/ Janet T. Neff
HON. JANET T. NEFF

Date: May 18, 2017

**APPROVED FOR ENTRY:**

By: /s/ R. Christopher Cataldo
R. Christopher Cataldo (P39353)
James W. Rose (P66473)
Jaffe Raitt Heuer & Weiss PC
Attorneys for Plaintiff
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034
(248) 351-3000

By: /s/ James Moskal
James Moskal (P41885)
Madelaine C. Lane (P71294)
Kristina M. Araya (P74507)
Warner Norcross & Judd LLP
Attorneys for Defendants
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503
(616) 752-2000